JOSEPH GIOSCIA, Appellant, v. EDMOND J. FITZGIBBON, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements, on the authority of *Sewall* v. *FitzGibbon* (225 App. Div. ——), decided herewith. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ELIZABETH MILLER and Others, as Testamentary Trustees, etc., of JUSTUS MILLER, Late of the City of Troy, Deceased, Plaintiffs, v. BETSEY ANN PECK and Others, Defendants.— Motion to. dismiss denied, without costs. Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

LOUISE WAGNER, Respondent, v. CHARLES WAGNER, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

ELLIOTT R. RYDER and Another, Appellants, v. JESSIE C. HALL, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements, on the ground that the plaintiffs have not shown sufficient facts to justify a temporary injunction, and motion was properly denied as matter of discretion. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

SELIG GUMPLE, Respondent, v. ALEXIS V. MOSCHOWITZ, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

PHILIP ELANSKY, Appellant, v. THE STATE OF NEW YORK, Respondent. RAE ELANSKY, Appellant, v. THE STATE OF NEW YORK, Respondent. PHILIP ELANSKY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgments unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ. [133 Misc. 331.]

LENA THIBODEAU, by LUCY THIBODEAU, Her Guardian ad Litem, Respondent, v. GEORGE F. WERTIME, Appellant. NAPOLEON THIBODEAU, Respondent, v. GEORGE F. WERTIME, Appellant.— Judgments and orders unanimously affirmed, with one bill of costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

MARY E. MEDDAUGH, as Administratrix, etc., of JAY W. MEDDAUGH, Deceased, Respondent, v. TOWN OF BETHEL, Appellant.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Whitmyer, J., dissents.

VEA C. DESLER, Administratrix, etc., of CLIFFORD A. SHUMWAY, Deceased, Appellant, v. GRACE E. GREENE and Another, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

CUSANZIA ROMEO, Respondent, v. ISAIE B. TETRAULT and Others, Appellants, Impleaded with STANDARD OIL COMPANY OF NEW YORK.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.